**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Action No. 00-cr-00310-WYD-03

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

JOSE A. GONZALEZ,

        Defendant.

---

**ORDER DISMISSING SUPERVISED RELEASE VIOLATION PETITION**

---

        This matter coming to the attention of the Court upon the report of the probation officer, it is

        ORDERED that the Supervised Release Violation Petition filed on February 7, 2008, is hereby dismissed.

        DATED at Denver, Colorado, this 15th day of May, 2008.

                            BY THE COURT:

                            <u>s/ Wiley Y. Daniel</u>
                            WILEY Y. DANIEL
                            United States District Judge